UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS WATSON,

      Plaintiff,

v.   Case No: 2:15-cv-524-FtM-38CM

CITIGROUP INC.,

      Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on the Plaintiff, Thomas Watson and the Defendant, Citigroup Inc. d/b/a Citibank, N.A.'s Joint Stipulation to Stay the Case and Compel Arbitration Construed as a Motion to Compel Arbitration (Doc. #13) filed on December 11, 2015.  The Parties have agreed to arbitrate all of the claims in this case pursuant to the written arbitration agreement.  Therefore, the Parties move the Court to stay the case and compel arbitration.  Given that the Motion is unopposed, the Court finds good cause to stay the case and compel arbitration in accord with the governing Arbitration Agreement. (Doc. #13-1).

    Accordingly, it is now

    **ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Plaintiff, Thomas Watson and the Defendant, Citigroup Inc. d/b/a Citibank, N.A.'s Joint Stipulation to Stay the Case and Compel Arbitration Construed as a Motion to Compel Arbitration (Doc. #13) is **GRANTED**.

1. This case is hereby **STAYED**.  The Clerk of the Court is directed to flag the case as stayed.

2. The Parties will provide the Court with written status updates on the progress of the arbitration every thirty (30) days.

3. The Parties will further inform the Court of the outcome of the arbitration within ten (10) days of the Arbitrator's final determination.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of December, 2015.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2